No. 04M57. SHECHET *v.* SHECHET. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 04–480. METRO-GOLDWYN-MAYER STUDIOS INC. ET AL. *v.* GROKSTER, LTD., ET AL. C. A. 9th Cir. [Certiorari granted, 543 U. S. 1032.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–495. WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL. *v.* AUSTIN ET AL. C. A. 6th Cir. [Certiorari granted, 543 U. S. 1032.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–603. GRABLE & SONS METAL PRODUCTS, INC. *v.* DARUE ENGINEERING & MANUFACTURING. C. A. 6th Cir. [Certiorari granted, 543 U. S. 1042.] Motion of respondent to dispense with printing the joint appendix granted. Motion of Jerome Milulski et ux. for leave to file a brief as *amici curiae* granted.

No. 04–8639. IN RE TWITTY. Petition for writ of habeas corpus denied.

No. 04–8023. IN RE NIMMONS. Petition for writ of mandamus denied.

No. 04–759. UNITED STATES *v.* OLSON ET AL. C. A. 9th Cir. Certiorari granted.

No. 04–905. VOLVO TRUCKS NORTH AMERICA, INC. *v.* REEDER-SIMCO GMC, INC. C. A. 8th Cir. Motions of National Association of State Directors of Pupil Transportation, Truck Manufacturers Association et al., and Washington Legal Foundation for leave to file briefs as *amici curiae* granted. Certiorari granted.